UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD LEO DEORLE,

        Plaintiff,

   v.

GREG RUTHERFORD, Butte County Deputy Sheriff; MICK GREY, Butte County Sheriff; and COUNTY OF BUTTE,

        Defendants.
_____/

NO. CIV. S-97-434 LKK/CMK

O R D E R

    Pending before the court is defendant's motion to strike plaintiff's objections to defendant's trial exhibits filed September 9, 2005. Defendant asserts that plaintiff's objections were not timely served and/or filed in accordance with the final pretrial order.

////
////
////
////

1

Having considered defendant's motion, the court hereby ORDERS that:

1. The motion to strike is DENIED[1]; and
2. The court will take up the parties' objections to the trial exhibits on the first day of trial.

IT IS SO ORDERED.

DATED: September 14, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court notes that it is not in any way rewarding plaintiff's counsel for his lack of diligence in failing to timely serve opposing counsel with his objections to defendant's trial exhibits. The court will take up any objections or motions regarding the trial exhibits when trial commences.

2