UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD LEO DEORLE,

          Plaintiff,

   v.

GREG RUTHERFORD, Butte County Deputy Sheriff; MICK GREY, Butte County Sheriff; and COUNTY OF BUTTE,

          Defendants.

                              /

NO. CIV. S-97-434 LKK/CMK

O R D E R

A telephonic Status Conference was held with the parties on January 19, 2006. At that hearing, the court ordered that all dates heretofore set are VACATED and that the parties will consult with their experts and Courtroom Deputy, Ana Rivas, to determine new dates.

    IT IS SO ORDERED.

    DATED: January 26, 2006.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT