UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LEO DEORLE,

    Plaintiff,

  v.                                  NO. CIV. S-97-434 LKK/CMK

GREG RUTHERFORD, Butte County Deputy Sheriff; MICK GREY, Butte County Sheriff; and COUNTY OF BUTTE.,

    Defendants.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

////

////

////

////

////

1

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 6, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IT IS FURTHER ORDERED:

1.  All currently scheduled dates in the above-captioned action are **VACATED**;

2.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

3.  This case is REASSIGNED to the Honorable David F. Levi.

DATED: September 11, 2006.

DAVID F. LEVI
Chief United States District Judge

2